**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| CHRISTOPHER ANDERSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 0:20-cv-02227-JMC |
| | ) |
| BISON RECOVERY GROUP, INC., and | ) |
| DNF ASSOCIATES LLC, | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTOPHER ANDERSON, ("Plaintiff"), through his attorney, Chauntel D. Bland, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

DATED: July 2, 2020                                 RESPECTFULLY SUBMITTED,

                                                                           By: /s/ Chauntel D. Bland_____
                                                                              Chauntel D. Bland, Esquire
                                                                              463 Regency Park Drive
                                                                              Columbia, SC 29210
                                                                              Tel: (803) 319-6262
                                                                              Fax: (866) 322-6815
                                                                              chauntel.bland@yahoo.com

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Chauntel D. Bland
Chauntel D. Bland