**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| CHRISTOPHER ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 0:20-cv-02227-JMC |
| | ) |
| BISON RECOVERY GROUP, INC., and | ) |
| DNF ASSOCIATES LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CHRISTOPHER ANDERSON, ("Plaintiff"), through his attorney, Chauntel D. Bland, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendants, BISON RECOVERY GROUP, INC. and DNF ASSOCIATES, LLC.

DATED: September 14, 2020                    RESPECTFULLY SUBMITTED,

                                             By: /s/ Chauntel D. Bland_____
                                             Chauntel D. Bland, Esquire
                                             463 Regency Park Drive
                                             Columbia, SC 29210
                                             Tel: (803) 319-6262
                                             Fax: (866) 322-6815
                                             chauntel.bland@yahoo.com

1

2

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Chauntel D. Bland
Chauntel D. Bland